# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICHOLAS BRAIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:20-cv-6697 |
| v. ) | Hon. Sunil R. Harjani |
| ) | |
| UNITED PARCEL SERVICE, INC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that this case be dismissed without prejudice, with leave to reinstate by or on May 19, 2021 at which time the dismissal will be with prejudice and without costs or attorneys' fees to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

**ATTORNEY FOR NICHOLAS BRAIS**

By: _____
Nicholas Kreitman, Esq.
GAINSBERG LAW, P.C.
22 W. Washington St., 15th Floor
Chicago, Illinois 60602
Telephone: (312) 600-9585
nick@gainsberglaw.com

Dated: _____3/16/2021_____

**ATTORNEY FOR UNITED PARCEL SERVICE, INC.**

By:_____/s (electronic signature_____
Kathryn Siegel
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Telephone: (312) 795-3237
ksiegel@littler.com

Dated: ____3/18/21_____