**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Nicholas Brais

                            Plaintiff,

v.                                                      Case No.: 1:20–cv–06697
                                                         Honorable Mary M. Rowland

United Parcel Service, Inc.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 22, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the stipulation to dismiss, this case is dismissed without prejudice, with leave to reinstate by or on May 19, 2021 at which time the dismissal will automatically convert to a dismissal with prejudice and without costs or attorneys' fees to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.